Same case below, 991 A.2d 34.

**No. 10-210. Yvonne R. Kovacevich, et vir, Petitioners v. United States.**

562 U.S. 897, 131 S. Ct. 353, 178 L. Ed. 2d 149, 2010 U.S. LEXIS 6207.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 345 Fed. Appx. 581.

**No. 10-215. Michael H. Blakeney, Petitioner v. United States.**

562 U.S. 897, 131 S. Ct. 355, 178 L. Ed. 2d 149, 2010 U.S. LEXIS 6395.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 985 A.2d 463.

**No. 10-217. Stephen A. Marino, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 897, 131 S. Ct. 355, 178 L. Ed. 2d 149, 2010 U.S. LEXIS 6187.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 373 Fed. Appx. 662.

**No. 10-221. John Duffie, et ux., Petitioners v. United States.**

562 U.S. 897, 131 S. Ct. 355, 178 L. Ed. 2d 149, 2010 U.S. LEXIS 6269.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 600 F.3d 362.

**No. 10-225. Douglas R. Knutson, et ux., Petitioners v. City of Fargo, North Dakota.**

562 U.S. 897, 131 S. Ct. 357, 178 L. Ed. 2d 149, 2010 U.S. LEXIS 6101.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 600 F.3d 992.

**No. 10-226. Philip Stotter, Petitioner v. University of Texas at San Antonio, et al.**

562 U.S. 897, 131 S. Ct. 359, 178 L. Ed. 2d 149, 2010 U.S. LEXIS 6107.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 641.

**No. 10-228. Alejandro Godinez, aka Juan Roberto Talavera, Jr., Petitioner v. United States.**

562 U.S. 897, 131 S. Ct. 359, 178 L. Ed. 2d 149, 2010 U.S. LEXIS 6018.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.